# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0562
LT Case No. 2021-CF-7813

_____

DEIONDRE TAMARIOUS BREED,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Michael Ufferman, of Michael Ufferman Law Firm, P.A.,
Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Miranda L. Butson,
Assistant Attorney General, Tallahassee, for Appellee.

May 7, 2024

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and HARRIS, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---